# Court of Appeals
# of the State of Georgia

ATLANTA,  May 19, 2025

*The Court of Appeals hereby passes the following order:*

### A25D0361. LATOYA MOESHA ALEXANDER v. PBLLC COCGA § HAYLIE MOORE KILGORE.

Latoya Moesha Alexander filed this pro se application for discretionary appeal. The only exhibit included with the application appears to be an affidavit completed on behalf of the plaintiff in a dispossessory matter. We lack jurisdiction.

"[T]he only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023) (punctuation omitted). Moreover, an appeal under OCGA § 15-10-41 (b) may be had only from a judgment. Because Alexander has not included a judgment with her application, there is nothing to review.[1]

---

[1] Had Alexander filed a timely application for discretionary appeal from a magistrate court judgment, we would have construed the filing as an appeal and directed the magistrate court to transfer the matter to the state or superior court for disposition. See Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII; accord Court of Appeals Rule 11 (b).

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,___05/19/2025_____*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*